# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201800135

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ANDREW J. FRAGOSO
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Emily J. Jackson-Hall, USMC.
Convening Authority: Commanding General, 2d Marine Division, Camp
Lejeune, North Carolina.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Keith A.
Parrella, USMC.
For Appellant: Captain Jeremiah J. Sullivan III, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 10 July 2018

_____

Before WOODARD, KOVAC, and HINES, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court